```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Leon B. Artus, et al.**

    **v.**                                    Case No. 09-cv-87-PB

**Town of Atkinson, et al.**


    Plaintiffs' motion to amend (Doc. No. 18) is granted in part and denied in part.  The motion is granted except to the extent that the amended complaint seeks to assert claims on behalf of Mark Acciard.  Acciard's claims do not arise from the same transactions or occurrences as the other claims asserted in the complaint.  Thus, joinder is not warranted under Fed. R. Civ. P. 20.  Plaintiffs have failed to make a persuasive case that Acciard is a necessary party that must be joined under Fed. R. Civ. P. 19.  Accordingly, there is no basis for joining his claims with the claims brought by the other plaintiffs.

    SO ORDERED.


                                             Paul Barbadoro
                                             United States District Judge

October 14, 2009

cc:  Counsel of Record